UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREEPLAY MUSIC, LLC,

      Plaintiff,

v.

FORD MOTOR COMPANY, GTB AGENCY, LLC, and WPP GROUP USA, INC.,

      Defendants.

_____/

Case No. 2:20-cv-10948

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER DISMISSING THE CASE

Based on the parties' stipulation the Court will dismiss the case with prejudice. The Court will deny the pending motions, ECF 20; 22, as moot.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the pending motions [20; 22] are **DENIED** as moot.

**SO ORDERED.**

                                      s/ Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: August 18, 2021

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

| /s/ Howard Hertz | /s/ Jennifer A. Morante (w/consent) |
|---|---|
| HERTZ SCHRAM PC<br>Howard Hertz (P26653)<br>1760 S. Telegraph Road<br>Bloomfield, MI 48302<br>ph: 248.335.5000<br>fx: 248.335.3346<br>hhertz@hertzschram.com<br>*Attorneys for Plaintiff* | WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>Jennifer A. Morante (P64892)<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, MI 48152<br>313.327.3100<br>jennifer.morante@wilsonelser.com<br>*Attorneys for Defendants GTB Agency, LLC and WPP Group USA, Inc* |

/s/ Wook Hwang (w/consent)

LOEB & LOEB LLP
Wook Hwang
345 Park Avenue
New York, NY 10154
(212) 407-4000
whwang@loeb.com
*Attorneys for Defendant Ford Motor Company*

2